IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

AMERIFACTORS FINANCIAL
GROUP, LLC

    Plaintiff,

    v.                                               Case No. 2:25-cv-267

SUPREME CLEAN PROPERTY
SERVICES, LLC

    Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on August 22, 2025. ECF No. 13. Neither party has objected to the Report and Recommendation, and the time to do so has expired. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no clear error, it is hereby ORDERED:

(1) The Report and Recommendation, ECF No. 13, is ADOPTED as the opinion of this Court.

(2) Plaintiff's Motion for Default Judgment, ECF No. 11, is GRANTED. Judgment is entered in favor of AmeriFactors Financial Group, LLC against Supreme Clean Property Services, LLC in the amount of $345,599.00, plus prejudgment interest in the amount of $16,541.43 through July 11, 2025, post-judgment interest at the legal rate thereafter, and $19,924.42 in fees and expenses recoverable under the terms of the parties' Verification and Payment Agreement.

The Clerk is DIRECTED to send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

                                                          /s/
                                              Elizabeth W. Hanes
                                              United States District Judge

Norfolk, Virginia
Date: October 1, 2025